PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Jun 02, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-cr-0122-JAM |
| Plaintiff, | ORDER TO SEAL |
| v. | |
| VICTOR ANEGLES SERRANO NASH, | |
| Defendant. | |

The Court hereby orders that the Indictment, the Petition of Assistant United States Attorney ALSTYN BENNETT to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

Dated: June 2, 2022

_Kendall J. Newman, United States Magistrate Judge_
KENDALL J. NEWMAN
United States Magistrate Judge

1