PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:22-CR-00122-JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| VICTOR ANGELES SERRANO NASH, | DATE: September 13, 2022 |
| Defendant. | TIME: 9:30 a.m. |
| | COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on September 13, 2022.

2.      By this stipulation, defendant now moves to continue the status conference until December 7, 2022 at 9:00 a.m., and to exclude time between September 13, 2022, and December 7, 2022, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes investigative reports and related documents in electronic form including approximately 85 pages of documents.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

1   b)      Additionally, counsel for the government has indicated that additional discovery,

2   including audio and video files, will be produced forthwith pursuant to a protective order.

3   c)      Counsel for defendant desires additional time to review the discovery and current

4   charges, consult with his client, conduct investigation and research, to review and copy discovery

5   in this matter, and to discuss potential resolutions with his client.

6   d)      Counsel for defendant believes that failure to grant the above-requested

7   continuance would deny him the reasonable time necessary for effective preparation, taking into

8   account the exercise of due diligence.

9   e)      The government does not object to the continuance.

10   f)      Based on the above-stated findings, the ends of justice served by continuing the

11   case as requested outweigh the interest of the public and the defendant in a trial within the

12   original date prescribed by the Speedy Trial Act.

13   g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

14   et seq., within which trial must commence, the time period of September 13, 2022 to December

15   7, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local

16   Code T4] because it results from a continuance granted by the Court at defendant's request on

17   the basis of the Court's finding that the ends of justice served by taking such action outweigh the

18   best interest of the public and the defendant in a speedy trial.

19   / / /

20   / / /

21   / / /

22

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4.       Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  September 6, 2022                                         PHILLIP A. TALBERT
                                                                                   United States Attorney


                                                                                   /s/ ALSTYN BENNETT
                                                                                   ALSTYN BENNETT
                                                                                   Assistant United States Attorney


Dated:  September 6, 2022                                         /s/ JOHNNY L. GRIFFIN III
                                                                                   JOHNNY L. GRIFFIN III
                                                                                   Counsel for Defendant
                                                                                   VICTOR ANGELES
                                                                                   SERRANO NASH


## ORDER

IT IS SO FOUND AND ORDERED this 6th day of September, 2022.


                                                                                   /s/ John A. Mendez
                                                                                   THE HONORABLE JOHN A. MENDEZ
                                                                                   SENIOR UNITED STATES DISTRICT JUDGE